1022

**UNITED STATES of America ex rel. Theodore Max BERNHARDI, Otherwise Known as Teddy Bernhardi, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Ellis Island, New York Harbor, Respondent-Appellee.**

**No. 377.**

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Louis Horwitz, of Brooklyn, N. Y., for appellant.

Lamar Hardy, U. S. Atty., of New York City (Richard Delafield, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of U. S. ex rel. Claussen v. Day, 279 U.S. 398, 49 S.Ct. 354, 73 L.Ed. 758, and U. S. ex rel. Volpe v. Smith, 289 U.S. 422, 425, 53 S.Ct. 665, 667, 77 L.Ed. 1298.

**Morris George WAXMAN and Michael Ackman, Appellants, v. UNITED STATES of America, Appellee.**

**No. 8301.**

Circuit Court of Appeals, Ninth Circuit.

April 12, 1937.

Frank J. Hennessy and Leon Samuels, both of San Francisco, Cal., for appellant Waxman.

George B. Harris, J. W. Ehrlich, and P. J. Murphy, all of San Francisco, Cal., for appellant Ackman.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of appellants, and counsel for respective parties, ordered appeals in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

**In the Matter of Isidore WEISEL, Bankrupt. Isidore Weisel, Bankrupt-Appellant, Jacob Goldberg, Carrie Goldberg and Henry Levy, Creditors-Appellees.**

**No. 339.**

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Sidney M. Wittner, of New York City, for appellant.

Appel & Tannenbaum, of New York City (Alexander Appel and Harry A. Tifford, both of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**Herbert R. WILKIN, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7424.**

Circuit Court of Appeals, Sixth Circuit.

May 10, 1937.

Edward N. Barnard, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be and the same is dismissed at the costs of appellant.